Ronald A. Shems (*pro hac vice*)
SHEMS DUNKIEL KASSEL & SAUNDERS PLLC
91 College Street
Burlington, VT 05401
802 860 1003 (voice)
802 860 1208 (facsimile)

Richard Roos-Collins (Cal. Bar no. 127231)
NATURAL HERITAGE INSTITUTE
100 Pine Street, 15th floor
San Francisco, CA 94111
415 693 3000 (voice)
415 693 3178 (facsimile)

Attorneys for Plaintiffs
Friends of the Earth, Inc., Greenpeace, Inc.
City of Boulder, CO, City of Oakland, CA
City of Arcata, CA, Santa Monica, CA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FRIENDS OF THE EARTH, INC., et al., )
    Plaintiffs, )
v. )
) Civ. No. C 02 4106 JSW
PETER WATSON, et al., )
    Defendants. )

### Plaintiffs' Motion to File Supplementary Material

Pursuant to Local Rule 7-3(d) Plaintiffs seek the Court's permission to file a copy the D.C. Circuit Court of Appeals' recent decision in the matter of *Commonwealth of Massachusetts, et al., v. EPA*, Docket No. 03-1361 (July 15, 2005). The D.C. Circuit's decision is relevant to this Court's consideration of the issue of standing raised by Defendants' Motion for Summary Judgment. A copy of the decision is attached to this motion.

Plaintiffs' counsel attempted to consult with Defendants' counsel, but they were apparently unavailable.

| | | |
|---|---|---|
| July 15, 2005 | | Friends of the Earth, Inc. |
| | | Greenpeace, Inc. |
| | | City of Boulder, Colorado |
| | | City of Oakland, CA |
| | | City of Arcata, CA |
| | | City of Santa Monica, CA |

by: _____/s/_____
Ronald A. Shems
Geoff Hand
SHEMS DUNKIEL KASSEL & SAUNDERS
91 College Street
Burlington, Vermont 05401
(802) 860 1003 (voice)
(802) 860 1208 (facsimile)
rshems@sdkslaw.com

by: _____/s/_____
Richard Roos-Collins (Cal. Bar no. 127231)
Julie Gantenbein (Cal. Bar no. 224475)
NATURAL HERITAGE INSTITUTE
100 Pine Street, 15th floor
San Francisco, CA 94111
415 693 3000 (voice)
415 693 3178 (facsimile)

Attorneys for Plaintiffs

CITY OF BOULDER, COLORADO

by: _____/s/_____
Ariel Pierre Calonne #35414 (CO)
Sue Ellen Harrison, #5770 (CO)
Office of the City Attorney
City of Boulder
Box 791
Boulder CO 80306
303-441-3020 (voice)
303-441-3859 (facsimile)
harrisons@ci.boulder.co.us

*CITY OF OAKLAND, CALIFORNIA*

```
                        BY:     _____/s/_____
                                JOHN A. RUSSO, City Attorney (Cal. Bar #129729)
                                BARBARA J. PARKER, Assistant City Attorney (Cal. Bar
                                #069722)
                                MARK T. MORODOMI, Supervising Attorney (Cal. Bar
                                #120914)
                                J. PATRICK TANG, Deputy City Attorney (Cal. Bar no.
                                #148121)

                                City of Oakland
                                One Frank Ogawa Plaza, 6th Fl.
                                Oakland, CA 94612
                                (510) 238-6523 (voice)
                                (510) 238-3000 (facsimile)
                                jptang@oaklandcityattorney.org


                                CITY OF ARCATA, CALIFORNIA

                        by:     _____/s/_____
                                Nancy Diamond, (Cal Bar #130963)
                                Arcata City Attorney
                                Gaynor and Diamond
                                1160 G. Street
                                Arcata, CA 95521

                                Nancy Diamond
                                Law Offices of Gaynor and Diamond
                                1160 G Street
                                Arcata, California 95521
                                Phone: (707) 826-8540
                                Fax: (707 )826-8541


                                CITY OF SANTA MONICA, CALIFORNIA
                                Marsha Jones Moutrie, City Attorney
                                Joseph P. Lawrence, Assistant City Attorney
                                Adam Radinsky, Deputy City Attorney

                                by_____/s/_____
                                Adam Radinsky, Deputy City Attorney (Cal. Bar No.
                                126208)

                                Office of the City Attorney
```

3

Civ. No. C 02 4106 JSW
Pls.' Opposition to Defs.' Mot. to Strike

1  
2  
3  
4  
5  

        1685 Main Street, third floor  
        Santa Monica, CA 90401  
        (310) 458-8336 (voice)  
        (310) 395-6727 (fax)  
        adam-radinsky@santa-monica.org  

6  

Dated: August 10, 2005



GRANTED  
Judge Jeffrey S. White  
UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

4

Civ. No. C 02 4106 JSW  
Pls.' Opposition to Defs.' Mot. to Strike