IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRIENDS OF THE EARTH INC.,

    Plaintiff,

v.

PETER WATSON, et al.

    Defendant.

No. C 02-04106 JSW

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE AND BRIEFING SCHEDULE**

The Court HEREBY ORDERS the parties to appear for a case management conference on Friday, November 4, 2005 at 1:30 p.m.

It is FURTHER ORDERED, pursuant to the parties' representations at the case management conference held on April 29, 2005, that the hearing date on the parties' cross-motions for summary judgment shall be Friday, February 10, 2006 at 9:00 a.m. The Court shall address the briefing schedule with the parties at the case management conference.

**IT IS SO ORDERED.**

Dated: August 25, 2005

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE