KELLY A. JOHNSON
Acting Assistant Attorney General
Environment and Natural Resources Division
ANN D. NAVARO
Senior Attorney
BRIAN C. TOTH
Attorney
General Litigation Section
Environment and Natural Resources Division
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0462 / (202) 305-0639
Facsimile: (202) 305-0267

KEVIN V. RYAN (SBN 118321 (CAL))
United States Attorney
JAMES A. CODA (SBN 1012669 (WI))
Assistant United States Attorney
Environment & Natural Resources Unit
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6967
Facsimile:  (415) 436-6748

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRIENDS OF THE EARTH, INC., et al., | ) ) ) Civ. No. 02-4106 (JSW) |
| Plaintiffs, | ) ) **DEFENDANTS' REQUEST** |
| v. | ) **TO APPEAR** ) **BY TELEPHONE AT** |
| PETER WATSON, et al., | ) **NOVEMBER 4 CASE** ) **MANAGEMENT CONFERENCE** ) |
| Defendants. | ) ) |

  Defendants, by and through their undersigned counsel, hereby request permission to appear by telephone for the November 4, 2005, Case Management Conference.  Counsel for Plaintiffs, Mr. Ron Shems, has no opposition to this request and has advised the undersigned counsel that he intends to request a telephone appearance as well.

  The undersigned counsel has found telephone appearances for relatively short matters,

Def.  Request to Appear by Telephone, No. C02-4106 (JSW)

1  including status conferences, to work effectively in the past in this matter as well as in other matters
2  in this court.
3       For the foregoing reasons, Defendants respectfully request permission to appear by telephone
4  at the November 4, 2005, Case Management Conference.  The undersigned counsel can be reached
5  for the conference at 202.305.0462.

6  October 12, 2005                 Respectfully submitted,

7                                KELLY A. JOHNSON
                                Acting Assistant Attorney General
8                                Environment and Natural Resources Division

9                                _____/s/ Ann D. Navaro_____
                                ANN D. NAVARO
10                               Senior Attorney
                              BRIAN C. TOTH
11                               Attorney
                              General Litigation Section
12                               United States Department of Justice
                              Environment and Natural Resources Division
13                               Benjamin Franklin Station, P.O. Box 663
                              Washington, D.C. 20530
14                               (202) 305-0462 - (fax)/(202) 305-0267

15                               KEVIN V. RYAN (SBN 118321)
                              United States Attorney
16                               JAMES A. CODA (SBN 1012669 (WI))
                              Assistant United States Attorney
17                               Environment & Natural Resources Unit
                              450 Golden Gate Avenue, Box 36055
18                               San Francisco, California 94102
                              Telephone No: (415) 436-6967
19                               Facsimile No:  (415) 436-6748

20

21

22                               October 12, 2005

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — APPROVED — /s/ Jeffrey S. White — Judge Jeffrey S. White]

23

24

25

26

27

28

Def.  Request to Appear by Telephone, No. C02-4106 (JSW)