**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRIENDS OF THE EARTH INC., et al.

    Plaintiffs,

  v.

PETER WATSON, et al.

    Defendants.
_____/

No. C 02-04106 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    On October 12, 2005, Defendants filed a motion for leave to file a motion for reconsideration of Section E of this Court's Order denying their motion for summary judgment. The Court has considered the motion and requests a response to the request for leave to file a motion for reconsideration from the Plaintiffs.

    Accordingly, it is HEREBY ORDERED, that Plaintiffs shall file their response to the motion for leave to file a motion for reconsideration by October 24, 2005. Plaintiffs shall focus their argument on the standards set forth in Local Rule 7-9-b(1) as to whether Defendants should be given leave to file a motion for reconsideration, but may also briefly address whether consideration of this evidence actually would alter the outcome of the Court's prior Order. Plaintiffs' response shall not exceed eight pages. Defendants may file a reply brief not

exceeding five pages by October 27, 2005.

**IT IS SO ORDERED.**

Dated: October 18, 2005

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE