UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FRIENDS OF THE EARTH, INC.,           )
GREENPEACE, INC.,                     )
CITY OF BOULDER, COLORADO             )     Civ. No. 02-4106(JSW)
CITY OF OAKLAND, CALIFORNIA,          )
CITY OF ARCATA, CALIFORNIA, and       )
CITY OF SANTA MONICA, CALIFORNIA      )
                                      )
                  Plaintiffs,         )
                                      )
            v.                        )
                                      )
PETER WATSON  *et al.*                )
                                      )
                  Defendants.         )
_____)

**[PROPOSED] ORDER GRANTING PLAINTIFFS"
UNOPPOSED MOTION TO APPEAR BY TELEPHONE AT
NOVEMBER 4, 2005 CASE MANAGEMENT CONFERENCE**

Plaintiffs' Unopposed Motion to Appear by Telephone at the November 4, 2005 Case Management Conference is GRANTED.  Plaintiffs' counsel shall contact the Court 24 hours in advance of the hearing to make arrangements for the telephonic appearance.

Dated: October __24__, 2005

                              _____
                              JEFFREY S. WHITE
                              U.S. District Court Judge