IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRIENDS OF THE EARTH INC., et al.

    Plaintiff,

    v.

PETER WATSON, et al.

    Defendant.

No. C 02-04106 JSW

**ORDER REQUIRING RESPONSE**

    The Court has received Plaintiffs' Motion to Vacate this Court's November 4, 2005 order granting Defendants' leave to file a motion for reconsideration. The Court HEREBY ORDERS Defendants' to submit a response to Plaintiffs' motion by 5:00 p.m. on November 17, 2005. Pending further order of the Court, the November 4, 2005 Order remains in full force and effect.

    **IT IS SO ORDERED.**

Dated: November 16, 2005

                                                      JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE