IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE EARTH INC., et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>ROBERT MOSBACHER, JR., et al.<br><br>    Defendants. | No. C 02-04106 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND PAGE LIMITATIONS** |

    The Court has received the parties' Joint Statement Regarding Briefing Schedule. Having considered the parties' respective positions, the Court HEREBY ORDERS as follows:

    1.    Defendants SHALL produce all documents on which they intend to rely on all issues relating to the cross-motions for summary judgment on the merits to Plaintiffs by December 16, 2005. The Court shall strictly enforce this Order and if Defendants rely on documents that have not been produced by that date, such documents shall not be considered by the Court in ruling on the merits.

    2.    Plaintiffs shall file their separate memoranda of points and authorities in support of their motions for summary judgment by December 23, 2005. Plaintiffs' briefs shall not exceed 60 pages total; however, Plaintiffs may allocate this page limitation as they choose.

    3.    Defendants shall file their separate memoranda of points and authorities in opposition to Plaintiffs' motions and in support of their cross-motions for summary judgment by January 20, 2006. Defendants' briefs shall not exceed 75

pages total; however, Defendants may allocate this page limitation as they choose.

4. Plaintiffs shall file their separate oppositions to Defendants's cross motions for summary judgment and their reply briefs by February 17, 2006. Plaintiffs' briefs shall not exceed 60 pages total; however, Plaintiffs may allocate this page limitation as they choose.

5. Defendants shall file their separate reply briefs by March 3, 2006. Defendants' reply briefs shall not exceed 35 pages total; however, Defendants may allocate this page limitation as they choose.

**IT IS SO ORDERED.**

Dated: December 5, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2