IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRIENDS OF THE EARTH, INC., et al.,

    Plaintiffs,

    v.

PETER WATSON, et al.,

    Defendants.

No. C 02-04106 JSW

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE SUPPLEMENTARY MATERIAL (Docket No. 163)**

On July 21, 2006, Plaintiffs filed a motion seeking permission to file citations to cases decided after the hearing on the parties' cross-motions for summary judgment. There being no opposition thereto, Plaintiffs' motion is GRANTED.

**IT IS SO ORDERED.**

Dated: August 22, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE