MATTHEW McKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

LORI CARAMANIAN
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado   80294
Telephone: (303) 844-1499
Fax: (303) 844-1350
lori.caramanian@usdoj.gov

BRIAN C. TOTH, Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone:  (202) 305-0639
Facsimile:   (202) 305-0267

SCOTT N. SCHOOLS (SBN 9990)
United States Attorney
CHARLES O'CONNOR (SBN 56320)
Assistant United States Attorney
Environment & Natural Resources Unit
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7180
Facsimile:  (415) 436-6748

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRIENDS OF THE EARTH, INC., et al., | Civ. No. 02-4106 JSW |
| Plaintiffs, | |
| v. | Date:  April 27, 2007 |
| ROBERT MOSBACHER, JR., et al., | Time:  1:30 p.m. |
| | Courtroom 2, 17th Floor |
| Defendants. | ORDER GRANTING ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY |

Administrative Request to Appear Telephonically, No. C02-4106 JSW

**ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY**

Counsel for Defendants hereby requests to appear telephonically at the April 27, 2007 case management conference. Counsel for Plaintiffs does not object to this request.

Respectfully submitted this 19h day of April, 2007.

Defendants request is GRANTED. Defendants shall provide this Court's Courtroom Deputy, Jennifer Ottolini, with one landline on which all Defendants participating in the case management conference may be reached.

April 19, 2007

*[signature: Jeffrey S. White]*

ALL PARTIES ARE REMINDED TO SUBMIT PROPOSED ORDERS WITH ADMINISTRATIVE REQUESTS AND MOTIONS.

SCOTT N. SCHOOLS (SBN 9990)
United States Attorney
CHARLES O'CONNOR (SBN 56320)
Assistant United States Attorney
Environment & Natural Resources Unit
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7180
Facsimile:  (415) 436-6748

MATTHEW McKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

   s/ Lori Caramanian
LORI CARAMANIAN
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, Colorado   80294
Telephone: (303) 844-1499
Fax: (303) 844-1350

Brian C. TOTH
Trial Attorney
Natural           Resources Section
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone:  (202) 305-0639
Facsimile:   (202) 305-0506

Attorneys  for Defendants