UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| FRIENDS OF THE EARTH, INC., *et al.*, | ) | |
| | ) | Civ. No. C 02-4106 JSW |
| Plaintiffs, | ) | |
| v. | ) | Date: April 27, 2007 |
| | ) | Time: 1:30 PM |
| ROBERT MOSBACHER JR *et al.*, | ) | Courtroom 2, 17th Floor |
| | ) | |
| Defendants. | ) | |

### [PROPOSED] ORDER GRANTING PLAINTIFFS" UNOPPOSED MOTION TO APPEAR BY TELEPHONE AT APRIL 27, 2007 CASE MANAGEMENT CONFERENCE

Plaintiffs' Unopposed Motion to Appear by Telephone at the April 27, 2007 Case Management Conference is GRANTED. Plaintiffs' counsel shall contact the Court 24 hours in advance of the hearing to make arrangements for the telephonic appearance.

Dated: April 20, 2007

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
U.S. District Court Judge

4

Plts' Mot. to Appear by Telephone
Civ. No. C 02 4106 JSW