IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE EARTH, INC., et al., | |
|     Plaintiffs, | No. C 02-04106 JSW |
| v. | **ORDER GRANTING IN PART DEFENDANTS' MOTION TO STAY CERTIFICATION** |
| ROBERT MOSBACHER, JR., et al., | |
|     Defendants. | |

This matter comes before the Court upon consideration of Defendants' motion to stay certification of the Court's Orders on summary judgment for sixty days. The Court has considered Defendants' motion and Plaintiffs' response thereto. Plaintiffs do not oppose the request to stay but ask that the time run from March 30, 2007, the date on which the Court issued its Order Denying Plaintiffs' Motion for Summary Judgment and Granting in Part and Denying in Part Defendants' Cross-Motions for Summary Judgment. The Court finds good cause to GRANT IN PART Defendants' motion. Defendants have been on notice that the Court was interested in whether either party intended to seek certification of the March 30, 2007 Order since that date. Thus, the Court is willing to stay certification but only until June 6, 2007.

//

//

//

//

The hearing currently set for June 29, 2007 on Defendants' motion is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: May 9, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE