IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRIENDS OF THE EARTH, INC., et al.,

    Plaintiffs,

    v.

ROBERT MOSBACHER, JR., et al.,

    Defendants.

No. C 02-04106 JSW

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

    On September 17, 2007, the United States Court of Appeals for the Ninth Circuit denied the request for an interlocutory appeal of this Court's Orders on the motions for summary judgment filed in this case.

    Accordingly, the Court HEREBY ORDERS the parties to appear for a case management conference on December 14, 2007 at 1:30 p.m. for a case management conference. A joint case management conference statement shall be due on December 7, 2007.

    **IT IS SO ORDERED.**

Dated: October 30, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE