**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRIENDS OF THE EARTH, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT MOSBACHER, JR., *et al.*, <br><br> Defendants. | Civ. No. 02-4106 JSW <br><br> Date: December 14, 2007 <br> Time: 1:30 p.m. <br> Courtroom 2, 17th Floor |

[proposed] **ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT DECEMBER 14, 2007 CASE MANAGEMENT CONFERENCE**

The Court hereby GRANTS Defendants' administrative request to appear by telephone at the upcoming case management conference on December 14, 2007 at 1:30 p.m. The Court will contact Defendants' counsel at the following land line number at the time of the conference: 202-305-0639.

It is so ORDERED.

In the event Plaintiffs also wish to appear by telephone, they shall be responsible for gathering all parties on one landline and shall contact the court with that landline.

Dated: December 6th, 2007

_____
HONORABLE JEFFREY S. WHITE
United States District Judge