IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRIENDS OF THE EARTH, INC., et al.,

    Plaintiffs,

v.

ROBERT MOSBACHER, JR., et al.,

    Defendants.
_____/

No. C 02-04106 JSW

**ORDER OF REFERRAL**

    Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for the purposes of a settlement conference, to be completed, if possible, by no later than March 14, 2008.

    **IT IS SO ORDERED.**

Dated: December 17, 2007

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

cc:    Wings Hom