UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRIENDS OF THE EARTH, INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>PETER WATSON, et al.,<br><br>Defendant(s). | No. C02-4106 JSW (BZ)<br><br>**ORDER EXCUSING APPEARANCE AT SETTLEMENT CONFERENCE** |

No opposition having been received, the request of the Boulder City Council be excused from sending a personal representative other than counsel to the settlement conference scheduled for March 14, 2008 is **GRANTED. IT IS FURTHER ORDERED** that a representative of the City Council shall be available to participate by telephone.

Dated: February 26, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\-REFS.08\FRIENDS OF THE EARTH.EXCUSE.SC.wpd

1