IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRIENDS OF THE EARTH, INC., et al.,

    Plaintiffs,

    v.

ROBERT MOSBACHER, JR., et al.,

    Defendants.
_____/

No. C 02-04106 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

This matter currently is set for a case management conference on March 28, 2008 at 1:30 p.m. In light of the tentative settlement reached, the case management shall be continued to May 9, 2008, at 1:30 p.m. If any party wishes to appear by telephone, they may do so, but must submit a notice of such intent in writing by May 2, 2008, which sets forth a landline at which they may be reached. If multiple parties wish to appear by phone, the parties shall coordinate and submit one landline to the Court at which they may be reached.

In the event a dismissal of this action is filed prior to that date, the date shall be vacated. If any party believes it is necessary to advance or continue this date, they may filed a request demonstrating good cause for such request.

**IT IS SO ORDERED.**

Dated: March 17, 2008

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE