**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRIENDS OF THE EARTH, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ROBERT MOSBACHER, JR., *et al.*,<br><br>　　　　Defendants. | Civ. No. 02-4106 JSW |

**~~PROPOSED~~ ORDER GRANTING
THE PARTIES' SECOND JOINT MOTION FOR
CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

　　The matter is before the Court on the parties' joint motion for continuance of the case management conference presently scheduled for July 11, 2008 at 1:30 p.m. In view of the parties' stipulation and for good cause shown, the Court hereby GRANTS the parties' motion and ORDERS that the July 11, 2008 case management conference is hereby CONTINUED to August 15, 2008 at 1:30 p.m. It is so ORDERED.

Dated: July 2, 2008　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　United States District Judge