**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRIENDS OF THE EARTH, INC., *et al.*, ) ) ) Plaintiffs, ) ) v. ) ) ROBERT MOSBACHER, JR., *et al.*, ) ) ) Defendants. ) ) | Civ. No. 02-4106 JSW |

### ~~PROPOSED~~ ORDER GRANTING THE PARTIES' THIRD JOINT MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

The matter is before the Court on the parties' joint motion for continuance of the case management conference presently scheduled for August 15, 2008 at 1:30 p.m. In view of the parties' stipulation and for good cause shown, the Court hereby GRANTS the parties' motion and ORDERS that the August 15, 2008 case management conference is hereby CONTINUED to October 10, 2008 at 1:30 p.m.

It is so ORDERED.

Dated: August 8, 2008

_____
HONORABLE JEFFREY S. WHITE
United States District Judge