**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRIENDS OF THE EARTH, INC., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>ROBERT MOSBACHER, JR., *et al.*,<br><br>        Defendants. | Civ. No. 02-4106 JSW |

**~~PROPOSED~~ ORDER GRANTING
THE PARTIES' FOURTH JOINT MOTION FOR
CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

The matter is before the Court on the parties' joint motion for continuance of the case management conference presently scheduled for October 10, 2008 at 1:30 p.m. In view of the parties' stipulation and for good cause shown, the Court hereby GRANTS the parties' motion and ORDERS that the October 10, 2008 case management conference is hereby CONTINUED to December 12, 2008 at 1:30 p.m.

It is so ORDERED.

Dated: October 2, 2008

_____
HONORABLE JEFFREY S. WHITE
United States District Judge