UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FRIENDS OF THE EARTH, INC., *et al.*,

    Plaintiffs,

v.

LARRY SPINELLI, in his official capacity as Acting President, Overseas Private Investment Corporation, *et al.*,[2]/

    Defendants.

Case No. C 02-4106 JSW

**[proposed] ORDER FOR DISMISSAL WITH PREJUDICE**

This matter is before the Court upon the parties' joint motion to dismiss this case voluntarily with prejudice pursuant to the Settlement Agreements that are attached as Exhibits A and B to the parties' motion. For good cause shown, it is hereby ORDERED that this case is dismissed with prejudice pursuant to the Settlement Agreements, provided that the Court shall retain jurisdiction solely to enforce, if necessary, the terms of the Settlement Agreements regarding the payment of attorneys' fees and costs. *See* J. Mot. for Dism., Ex. A, ¶¶ 6, 7, 8; *id.*, Ex. B, ¶¶ 8, 9, 10.

It is so ORDERED.

Dated: February 6, 2009

                                                */s/ Jeffrey S. White*
Honorable Jeffrey S. White
United States District Judge

---

[2]/ Larry Spinelli is automatically substituted for Robert J. Mosbacher, Jr., pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.